**Browne George Ross LLP**
Keith J. Wesley (State Bar No. )
Noah S. Helpern (State Bar No. )
2121 Avenue of the Stars Suite 2800
Los Angeles, CA 90067
Telephone: 310-274-7100
Facsimile: 310-275-5697

*Attorneys for Plaintiffs Chadwick McQueen
and City National Bank as trustee of The
Terry McQueen Testamentary Trust*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADWICK MCQUEEN, an individual; CITY NATIONAL BANK AS TRUSTEE OF THE TERRY MCQUEEN TESTAMENTARY TRUST, <br><br> Plaintiffs, <br><br> -against- <br><br> TOM FORD INTERNATIONAL LLC dba TOM FORD, a limited liability company; THE NEIMAN MARCUS GROUP, LLC dba NEIMAN MARCUS and BERGDORF GOODMAN, a limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 19-4074-GW-AGRx <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> [Joint Stipulation For Dismissal With Prejudice Filed Concurrently Herewith] |

[PROPOSED] ORDER

1337936.1 FKKS:2300735v.1                             23683.200

# ORDER

Based upon the stipulation of the parties, the Court hereby order that the above-captioned matter is dismissed in its entirety, each side to bear its/his own attorneys' fees and costs.

DATED: September 16, 2019

*[signature: George H. Wu]*

Hon. George H. Wu
UNITED STATES DISTRICT JUDGE

1337936.1 FKKS:2300735v.1          23683.200